

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00765-CR

Antorr Lamar **ALLISON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0418
Honorable Dick Alcala, Judge Presiding

Opinion by:    Karen Angelini, Justice

Sitting:    Catherine Stone, Chief Justice
Karen Angelini, Justice
Rebeca C. Martinez, Justice

Delivered and Filed:  September 17, 2014

AFFIRMED; MOTION TO WITHDRAW GRANTED

On April 8, 2013, pursuant to a plea-bargain agreement, Antorr Lamar Allison was sentenced to two years in prison, his sentence was suspended, and he was placed on community supervision for two years. On July 31, 2013, the State filed a motion to revoke Allison's community supervision, alleging Allison had violated two conditions of his community supervision. After a hearing, the trial court found that Allison had violated a condition of his community supervision. The trial court revoked Allison's community supervision and sentenced him to two years in prison. Allison appealed.

Allison's court-appointed counsel has filed a brief in which he discusses two potential points of error but nevertheless concludes that this appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). Counsel states that Allison was provided with copies of the brief and the motion to withdraw, and was further informed of his right to review the record and file his own brief. *See Bruns v. State*, 924 S.W.2d 176, 177 n. 1 (Tex. App.—San Antonio 1996, no pet.). Allison has not filed a pro se brief.

We have reviewed the record and counsel's brief, and we agree that this appeal is frivolous and without merit. The judgment of the trial court is therefore affirmed. Furthermore, we grant the motion to withdraw. *See Nichols v. State*, 954 S.W.2d 83, 85–86 (Tex. App.—San Antonio 1997, no pet.); *Bruns*, 924 S.W.2d at 177 n. 1.

No substitute counsel will be appointed. Should Allison wish to seek further review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the later of (1) the date of this opinion; or (2) the date the last timely motion for rehearing is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed in the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3. Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.4.

Karen Angelini, Justice

DO NOT PUBLISH